UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEA EAGLE MARINE LTD.,

       Plaintiff,

- against -

NATIONAL SPECIALTY INSURANCE CO.,

       Defendant.

21-cv-4328 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **July 23**, 2021.

SO ORDERED.

Dated: New York, New York
July 9, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge