UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEA EAGLE MARINE LTD.,

        Plaintiff,

- against -

NATIONAL SPECIALTY INSURANCE CO.,

        Defendant.

21-cv-4328 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The July 14, 2021 conference is canceled pending the Court's review of the parties' Rule 26(f) report.

SO ORDERED.

Dated:    New York, New York
           July 9, 2021

                                    /s/ John G. Koeltl
                                   John G. Koeltl
                            United States District Judge