UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SEA EAGLE MARINE LTD.,

        Plaintiff,                         **CASE NO.: 1:21-cv-4328**

-against-

NATIONAL SPECIALTY INSURANCE CO.,

        Defendant.
-------------------------------------------------------------------X

## JOINT STIPULATION TO EXTEND TIME
## FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIM

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that Plaintiff shall have through and including August 13, 2021, in which to file a response to Defendant's Counterclaim [DE 11].

Respectfully submitted this 28th day of July, 2020 by,

| | |
|---|---|
| */s/ Gino J. Buttó* | */s/ Joseph G. Grasso* |
| **Gino J. Buttó, Esq.** | **Joseph G. Grasso, Esq.** |
| N.Y. Bar No.: 5266648 | N.Y. Bar No.: 2120103 |
| gbutto@NauticalLawyers.com | jgrasso@wiggin.com |
| mvalcourt@valcourtlaw.com | **Leah Mantei, Esq.** |
| FAMULARI & BUTTO, PLLC | N.Y. Bar No.: 5810007 |
| 2332 Galiano Street 2nd Floor | lmantei@wiggin.com |
| Coral Gables, FL 33134 | WIGGIN & DANA, LLP |
| Phone: (305) 728-7074 | 437 Madison Ave., 35th Floor |
| Fax: (305) 470-7484 | New York, New York 10022 |
| *Attorneys for Plaintiff* | Phone: (212) 490-17000 |
| | *Attorneys for Defendant* |

                       APPROVED BY THE COURT:

                       _____

                       Honorable John G. Koelte
                       **United States District Judge**