UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEA EAGLE MARINE LTD.,
                Plaintiff,        21-cv-4328 (JGK)

    - against -               ORDER

NATIONAL SPECIALITY INSURANCE CO.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record at the teleconference held on November 5, 2021, the plaintiff's motion to dismiss the counterclaim is **denied**. The Clerk is directed to close Docket No. 18.

SO ORDERED.
Dated:    New York, New York
           November 5, 2021

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge